| United States District Court | | Southern District of Texas |
|---|---|---|
| Alan Lucas, | § § § | |
| Petitioner, | § § | |
| versus | § § | Civil Action H-09-0215 |
| Nathaniel Quarterman, | § § § | |
| Respondent. | § | |

## Final Judgment

Alan Lucas's petition for a writ of habeas corpus is dismissed with prejudice.

Lucas is also fined $250 and warned that further frivolous lawsuits will result in harsher monetary sanctions or restrictions on his ability to file.

Signed March 17, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge